ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ORDERED SEALED BY COURT

UNSEALED 1/16/08

FILED 08 JAN 25 AM 8:12

CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES OF AMERICA

v.

Melvin Andre BIBBS

WARRANT ISSUED ON THE BASIS OF:

__Failure to Appear
__Indictment
X Complaint
__Order of Court
__Information

Magistrate Case No. 08 MJ 0132

**WARRANT FOR ARREST**

TO:

Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

Melvin Andre BIBBS
4068 44TH Street, Apt #104
San Diego, California

DISTRICT OF ARREST:
SOUTHERN DISTRICT OF CALIFORNIA

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Conspiracy to Distribute Cocaine Base in the Form of Crack Cocaine (Ct 1)

IN VIOLATION OF

UNITED STATES CODE TITLE(S) 21

SECTION(S) 841, 846

BAIL To Be Set In Court

OTHER CONDITIONS OF RELEASE

ORDERED BY NITA L. STORMES U.S. MAGISTRATE JUDGE

DATE ORDERED 1-15-08

CLERK OF COURT/U.S. MAGISTRATE JUDGE BY DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

DATE RECEIVED NAME AND TITLE OF ARRESTING OFFICER SIGNATURE

DATE EXECUTED

DATE 1/16/08
ARRESTED BY FBI
STEVEN C. STAFFORD
ACTING U.S. MARSHAL S/CA
BY

RECEIVED 2008 JAN 16 P 4:12 U.S. MARSHAL SOUTHERN DISTRICT OF CAL.

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

FBI 3580